# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3033

_____

Terry Allen Norton, et al.,        *
                                     *

    Plaintiffs - Appellants,    *
                                     *  Appeal from the United States

v.                       *  District Court for the
                                   *  Eastern District of Missouri.

Bob Holden, Governor of the State of   *
Missouri, et al.,             *     **[UNPUBLISHED]**
                                   *

    Defendants - Appellees.    *

_____

Submitted: September 30, 2002
Filed: November 4, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Terry Norton and four other Missouri inmates and non-inmate taxpayers appeal the district court's[1] dismissal of their constitutional and statutory claims challenging the administration of the Missouri Sexual Offenders Program and the Missouri Drug Treatment Programs for rehabilitating Missouri inmates. The district court dismissed the federal civil rights act claims and the state pendent claims without prejudice, and the Federal *qui tam* claims with prejudice. Upon careful review of the record, we

_____

[1]The HONORABLE STEPHEN N. LIMBAUGH, United States District Judge for the Eastern District of Missouri.

affirm for the reasons stated in the court's June 28, 2002 Order and Memorandum. <u>See</u> 8th Cir. R. 47A(a).

Judge Bye dissents from the dismissal of the Federal *qui tam* claims.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.